IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FRANCESCO CORALLO, | | |
| | ) | **NOTICE OF VOLUNTARY** |
| Plaintiff(s) | ) | **DISMISSAL PURSUANT TO** |
| v. | ) | **F.R.C.P. 41(a)(1)(A)(i)** |
| | ) | |
| BERKELEY RESEARCH GROUP, LLC, | ) | Case No.: 2:22-cv-00088-BRM-AME |
| BERKELEY ASSET MANAGEMENT, | ) | |
| NSO GROUP TECHNOLOGIES LIMITED, | ) | |
| Q CYBER TECHNOLOGIES LIMITED, | ) | |
| Defendants | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Francesco Corallo, and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Berkeley Research Group, LLC, Berkeley Asset Management, LLC, NSO Group Technologies Limited and Q Cyber Technologies Limited.

Date: May 23, 2022

/s/ Gilberto Garcia

_____

*GILBERTO GARCIA*
*Attorney for Plaintiff*
*25 East Spring Valley Avenue*
*Maywood, New Jersey 07607*
*(201)3287042*
*Gilberto13@me.com*

_____