IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FRANCESCO CORALLO, | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff(s) | ) | |
| v. | ) | |
| | ) | |
| BERKELEY RESEARCH GROUP, LLC, | ) | Case No.: 2:22-cv-00088-BRM-AME |
| BERKELEY ASSET MANAGEMENT, | ) | |
| NSO GROUP TECHNOLOGIES LIMITED, | ) | |
| Q CYBER TECHNOLOGIES LIMITED, | ) | |
| Defendants | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Francesco Corallo, and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Berkeley Research Group, LLC, Berkeley Asset Management, LLC, NSO Group Technologies Limited and Q Cyber Technologies Limited.

Date: May 23, 2022                                       /s/ Gilberto Garcia

_____
*GILBERTO GARCIA*
*Attorney for Plaintiff*
*25 East Spring Valley Avenue*
**SO ORDERED:**                                     *Maywood, New Jersey 07607*
*(201)3287042*
*Gilberto13@me.com*

_____
**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated:**  05/23/2022